**IC System**
P.O. Box 64437
St. Paul, MN 55164-0437

Electronic Service Requested

April 5, 2018

444 Highway 96 East, PO Box 64378
St. Paul, MN 55164-0378
https://www.icsystem.com/consumer
Toll-Free No: 800-279-9525

| ACCOUNT SUMMARY | |
|---|---|
| Creditor: Gastroenterology Consultants of Boca | |
| Account No: ▇1312 | |
| I.C. System Reference No: ▇▇▇▇3-1-59 | |
| Principal Due: | $752.46 |
| **BALANCE DUE:** | **$752.46** |
| $0.00 has been paid since placement | |

Ronald Gentile
PO Box 1918
Boca Raton, FL 33429-1918

Ronald Gentile:

This letter will act as confirmation of your current balance owed to Gastroenterology Consultants of Boca. Your balance is $752.46.

This balance is the amount that will be forwarded to the national credit reporting agencies unless additional payment is received. Your credit report will then be updated to reflect payments on the account. You have the right to inspect your credit file in accordance with federal law.

Upon receipt of payment, we will update your records to reflect the paid status of your account.

If you need further clarification of your balance owed, or cannot make payment at this time, contact our office today.

Write your account number on your check or money order, make it payable to I.C. System, Inc. and include the bottom portion of this letter with your payment.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

This does not contain a complete list of the rights consumers have under Federal, State, or Local laws.

---

**PAYMENT OPTIONS**


For questions on your account or to make a payment please go to:
https://www.icsystem.com/consumer
Reference No: 138135523-1-59


Mail check or money order payable to I.C. System, Inc. with this portion of letter. Include Reference Number 138135523-1-59.


Call us: 800-279-9525.

➢ Billing Phone Number: _____
➢ E-Mail Address: _____
➢ Address Changed? Make Changes Below.

Ronald Gentile
PO Box 1918
Boca Raton, FL 33429-1918

I.C. System, Inc.
PO Box 64378
Saint Paul, MN 55164-0378

0159