UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION
CASE NO.: 0:19-cv-60839-WPD

RONALD D GENTILE, *individually*
*and on behalf of all others similarly situated*

    Plaintiff,
vs.

I.C. SYSTEM, INC.,

    Defendant.

CASE NO.: 0:19-cv-61663-WPD

STACYE PETERSON, *individually*
*and on behalf of all others similarly situated*

    Plaintiff,
vs.

I.C. SYSTEM, INC.,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

    The mediation conference in this matter shall be before STEVEN R. JAFFE at 11:00 a.m. on August 25, 2020, at Upchurch Watson White & Max, 900 South Pine Island Road, Suite 410, Plantation, Florida 33324.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida on the 22nd day of January, 2020.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record