UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CONSOLIDATED ACTION**

| | |
|---|---|
| RONALD D GENTILE, | Case No. 19-60839- Dimitrouleas/Snow |
| Plaintiff, | |
| v. | |
| I.C. SYSTEMS, INC., | |
| Defendant. | |
| _____ | |
| | |
| STACYE PETERSON, individually and on behalf of all others similarly situated, | Case No. 19-61663-Dimitrouleas/Snow |
| Plaintiff, | |
| v. | |
| I.C. SYSTEMS, INC., | |
| Defendant. | |
| _____/ | |

**NOTICE OF PENDING SETTLEMENT WITH RESPECT TO PLAINTIFF PETERSON**

Plaintiff Stayce Peterson ("Plaintiff Peterson"), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states Plaintiff Peterson and Defendant have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: September 10, 2020

Respectfully Submitted,

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**

        Florida Bar No.: 118259
        E-mail:    jibrael@jibraellaw.com
        **THOMAS J. PATTI, ESQ.**
        Florida Bar No.: 118377
        E-mail:    tom@jibraellaw.com
        The Law Offices of Jibrael S. Hindi
        110 SE 6th Street, Suite 1744
        Fort Lauderdale, Florida 33301
        Phone:    954-907-1136
        Fax:    855-529-9540

        *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ Jibrael S. Hindi
        **JIBRAEL S. HINDI, ESQ.**
        Florida Bar No.: 118259