UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

CASE NO.: 0:19-cv-60839-WPD

RONALD D GENTILE, *individually
and on behalf of all others similarly situated*

    Plaintiff,

vs.

I.C. SYSTEM, INC.,

    Defendant.

CASE NO.: 0:19-cv-61663-WPD

STACYE PETERSON, *individually
and on behalf of all others similarly situated*

    Plaintiff,

vs.

I.C. SYSTEM, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On January 22, 2020, this Court entered an Order, which required the parties to file appropriate dismissal documents within ten (10) calendar days of notifying the Court that the case had settled. *See* [DE 30] p. 7.  On September 10, 2020 the Parties notified the Court that a settlement has been reached with respect to Plaintiff Peterson, [DE 36]; however, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **October 13, 2020**,

the parties shall either file the appropriate dismissal documents[1] or show cause why they have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of October, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).