UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

CASE NO.: 0:19-cv-60839-WPD

RONALD D GENTILE, *individually*
*and on behalf of all others similarly situated*

    Plaintiff,
vs.

I.C. SYSTEM, INC.,

    Defendant.
_____/

STACYE PETERSON, *individually*    CASE NO.: 0:19-cv-61663-WPD
*and on behalf of all others similarly situated*

    Plaintiff,
vs.

I.C. SYSTEM, INC.,

    Defendant.
_____/

### ORDER APPROVING JOINT STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Voluntary Dismissal with Prejudice (the "Stipulation") [DE 38], filed herein on October 9, 2020. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 38] is hereby **APPROVED**.

2. The claims of Plaintiff Stacye Peterson in the present case are **DISMISSED WITH PREJUDICE**.

**3.** This matter remains open and pending as to Plaintiff Ronald Gentile's claims.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 13th day of October, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record