UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

CASE NO.: 0:19-cv-60839-WPD

RONALD D GENTILE, *individually
and on behalf of all others similarly situated*

      Plaintiff,
vs.

I.C. SYSTEM, INC.,

      Defendant.
_____/

STACYE PETERSON, *individually*      CASE NO.: 0:19-cv-61663-WPD
*and on behalf of all others similarly situated*

      Plaintiff,
vs.

I.C. SYSTEM, INC.,

      Defendant.
_____/

## ORDER APPROVING JOINT STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation") [DE 43], filed herein on December 28, 2020. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 43] is hereby **APPROVED**.

2. The claims of Plaintiff Ronald Gentile in the present case are **DISMISSED WITH PREJUDICE**.

3. As the claims of all plaintiffs in this consolidated case have been dismissed [DE 39], the Clerk is directed to **CLOSE** this case and **DENY** as moot any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 30th day of December, 2020.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record